# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| Plaintiff, | ) | |
| vs. | ) | No.4:05CR208SNL/MLM |
| **CHARLES B. EDEN,** | ) | |
| Defendant. | ) | |

## ORDER

Having received no objections by the defendant,

**IT IS HEREBY ORDERED** that United States Magistrate Judge Mary Ann L. Medler's Report and Recommendation (#26), filed May 24, 2005 is **SUSTAINED, ADOPTED** and **INCORPORATED** herein.

**IT IS FINALLY ORDERED** that defendant's motion to suppress evidence (#21) be and is **DENIED.**

Dated this __12th__ day of July, 2005.

_____
SENIOR UNITED STATES DISTRICT JUDGE